ADRIENNE C. PUBLICOVER (SBN #161432)
Email: Adrienne.Publicover@WilsonElser.com
DENNIS J. RHODES (SBN 168417)
Email: Dennis.Rhodes@WilsonElser.com
WILSON, ELSER, MOSKOWITZ,
EDELMAN& DICKER LLP
525 Market Street, 17th Floor
San Francisco, CA 94105
Telephone: (415) 433-0990
Facsimile: (415) 434-1370

Attorneys for Plaintiff
SUN LIFE ASSURANCE COMPANY OF CANADA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUN LIFE ASSURANCE COMPANY OF CANADA,<br><br>Plaintiff,<br><br>v.<br><br>WANDA HALE and B. CHERYL PELOQUIN,<br><br>Defendants. | Case No.: CV09-02495 SC<br><br>**[~~PROPOSED~~] STIPULATED JUDGMENT IN INTERPLEADER DISCHARGING PLAINTIFF SUN LIFE ASSURANCE COMPANY OF CANADA**<br><br>**[CORRECTED]** |

Upon reading the Stipulation and Order for Entry of Judgment in Interpleader Discharging plaintiff Sun Life Assurance Company of Canada ("Sun Life"), and it appearing that Sun Life has properly brought this action in interpleader, that this Court has jurisdiction of the parties and of the subject herein, and that good cause appearing therefore,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED:

1. That, by reason of the death of Sarah K. Rossi ("decedent"), on or November 6, 2008, the sum of Forty-Two Thousand Dollars ($42,000) ("Benefit Proceeds") became payable pursuant to Sun Life Policy No. 64228 and Policy No. 10623 (collectively referred to hereinafter as "the Policies");

2. That pursuant to the terms of the beneficiary designation, decedent designated Wanda Hale as the beneficiary of the Policies;

3. That on or about January 26, 2009, decedent's mother, defendant Peloquin, sent a letter to Sun Life, stating that she intended to challenge the beneficiary designation under the Policies as she believed that decedent executed a change of beneficiary prior to her death. And that on or about January 26, 2009, Peloquin, filed a claim for the death benefit proceeds due under the Policies;

4. That on or about February 7, 2009, Hale, filed a claim for the death benefit proceeds due under the Policies;

5. That Sun Life was ready, willing, and able to deliver the Benefit Proceeds to the person(s) legally entitled thereto.

6. That on or about July 28, 2009, Sun Life deposited with the Clerk of this Court the Benefit Proceeds, totaling Forty Two Thousand Seven Hundred Fifty-Six Dollars and Fifty-Eight Cents ($42,756.58), which represents the insurance proceeds payable under the Policies, plus interest;

7. That the Defendants fully and forever release Sun Life, its predecessors, successors, affiliates, parent corporation, officers and agents are fully and forever released, discharged, and are acquitted from any liability of any kind or nature whatsoever under the Policy or by reason of the death of the decedent as to any and all claims, charges, demands, or otherwise that exist now or may arise at any time in the future;

8. That Sun Life waives its right to recover fees and costs from the funds on deposit with this Court in exchange for Defendants' stipulation herein; and

///

///

///

///

9. That Defendants are permanently enjoined from instituting or prosecuting any proceeding in any state or United States court against Sun Life, its predecessors, successors, affiliates, parent corporation, officers and agents with respect to the Benefit Proceeds due under the Policies.

Dated: 8/17/2009 By:______________________

HON... I
UNIT... DGE

UNITED STATES DISTRICT COURT
IT IS SO ORDERED
Judge Samuel Conti
NORTHERN DISTRICT OF CALIFORNIA

**CERTIFICATE OF SERVICE**
*Sun Life Assurance Company of Canada v. Wanda Hale, et al.*
*USDC NDCA Case #CV09-02495 SC*

I am over the age of eighteen years and am not a party to the within cause. I am employed in the City and County of San Francisco, California and my business address are 525 Market Street, 17th Floor, and San Francisco, California 94105-2725.

On this date I served the following document(s):

**[PROPOSED] STIPULATED JUDGMENT IN INTERPLEADER DISCHARGING PLAINTIFF SUN LIFE ASSURANCE COMPANY OF CANADA**

on the part(y)(ies) identified below, through their attorneys of record, by placing true copies thereof in sealed envelopes addressed as shown below by the following means of service:

→_____: **By First Class Mail** -- I caused each such envelope, with first class postage thereon fully prepaid, to be deposited in a recognized place of deposit of the U.S. Mail in San Francisco, California, for collection to the office of the addressee following ordinary business practices.

______: **By Personal Service** -- I caused each such envelope to be given to a courier messenger who personally delivered each such envelope to the office of the address.

______: **By Overnight Courier** -- I caused each such envelope to be given to an overnight mail service at San Francisco, California, to be hand delivered to the addressee on the next business day.

______: **Facsimile** -- (Only where permitted. Must consult CCP §1012.5 and California Rules of Court 2001-2011. Also consult FRCP Rule 5(e). Not currently authorized in N.D.CA.)

Joseph C. Tinney, Esq.
Email: j.tinney@sbcglobal.net
LAW OFFICE OF JOSEPH C. TINNEY
17 Keller Street
P.O. Box 589
Petaluma, CA 94953-0589
Tel: (707) 762-6631
Fax: (707) 762-5481

***Attorneys for Defendant and Cross Claimant WANDA HALE***

Michael E. Pitts, Esq.
Email: mpitts@pacbell.net
LAW OFFICES OF MICHAEL E. PITTS
333 Twin Dolphin Drive, Suite 230A
Redwood City, CA 94065
Tel: (650) 620-9435
Fax: (650) 593-2833

***Attorneys for Defendant and Cross Defendant B. CHERYL PELOQUIN***

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct to the best of my knowledge.

EXECUTED on **August 13, 2009**, at San Francisco, California.

Nancy Li