UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SUN LIFE ASSURANCE COMPANY OF CANADA,

        Plaintiff,

    v.

WANDA HALE, et al.,

        Defendants.
_____/

No. C 09-02495 EDL

ORDER SETTING CASE MANAGEMENT CONFERENCE

[Reassigned Case]

TO ALL PARTIES AND COUNSEL OF RECORD:

The above-entitled matter having been reassigned to the Honorable Elizabeth D. Laporte, for trial and all further proceedings, it is hereby ordered, pursuant to Fed. R. Civ. P. 16 and Civil L. R. 16-10, that a Case Management Conference shall be held in this case on October 13, 2009 at 3:00 p.m. in Courtroom E, 15th Floor, U.S. District Court, 450 Golden Gate Avenue, San Francisco, California.

The parties shall appear in person or through counsel and shall be prepared to discuss all items referred to in Civil L.R. 16-10. The parties may file updated joint case management statement if there are any updates to the parties' August 25, 2009 statement.

All documents filed with the Clerk of the Court shall list the civil case number followed only by the initials "**EDL**." One copy shall be clearly marked as a chambers copy.

Dated: September 28, 2009

                                                              _____
                                                              ELIZABETH D. LAPORTE
                                                              United States Magistrate Judge