Joseph C. Tinney (SBN 041148)
LAW OFFICE OF JOSEPH C. TINNEY
17 Keller Street, P. O. Box 589
Petaluma, CA 94953-0589
Telephone: (707) 762-6631
Fax: (707) 762-5481

Attorneys for Cross Claimant Wanda Hale

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUN LIFE ASSURANCE COMPANY OF CANADA,<br><br>    Plaintiff,<br>v.<br><br>WANDA HALE and B. CHERYL PELOQUIN,<br>    Defendants.<br><br>WANDA HALE, Cross Claimant,<br><br>v.<br><br>BARBARA CHERYL PELOQUIN, also known as B. CHERYL PELOQUIN,<br><br>    Cross Defendant. | Case No. C-09-02495 EDL<br><br>STIPULATED JUDGMENT AWARDING DEPOSITED LIFE INSURANCE PROCEEDS |

UPON reading the STIPULATION FOR JUDGMENT dividing the deposited Life Insurance Proceeds in this matter, and good cause appearing therefore:

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED:

1.     That the proceeds of SUN LIFE ASSURANCE COMPANY OF CANADA policy number 64228 and policy number 10623, plus interest, totaling $42,755.58, which have been deposited with the clerk of this court

in Interpleader, shall be divided equally by the Cross Claimants WANDA HALE and B. CHERYL PELOQUIN;

2. That the clerk of this court shall pay one half of said proceeds to WANDA HALE and Joseph C. Tinney, her attorney, and shall send said proceeds to the office of Joseph C. Tinney, attorney for WANDA HALE;

And shall pay one half of said proceeds to B. CHERYL PELOQUIN and Michael E. Pitts, her attorney, and shall send said proceeds to the office of Michael E. Pitts;

3. That each Cross Claimant will bear her own attorney's fees and costs;

4. That upon entry of this judgment the case is declared settled, and the trial dates and pretrial conference date are vacated;

5. That each party fully and forever releases the other from any liability of any kind or nature whether by reason of said insurance policies or by reason of the death of decedent as to any and all claims, charges, demands or otherwise that may exist.

Dated: November 5, 2009

Elizabeth D. La Porte,
United States Magistrate Judge

STIPULATED JUDGMENT

2